**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **K.C., et al** *Plaintiffs,* | § § § § | Civil Action No. 1:08-cv-456 |
| v. | § § | |
| **RICHARD NEDELKOFF,et al** *Defendants.* | § § | |

**ORDER**

The **Plaintiff's Renewed Motion for Class Certification** is **DENIED.**

**SIGNED** on this the ___ day of ____________________________, 2008.

____________________________________
JUDGE PRESIDING