**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| K.C., on behalf of herself and all others similarly situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Richard Nedelkoff, in his official capacity as Conservator of the Texas Youth Commission, *et al.*,<br><br>Defendants. | Civil No. 1:08-cv-00456-SS<br><br>Hon. Sam Sparks<br><br>**DECLARATION OF MIE LEWIS** |

I, MIE LEWIS, an attorney admitted to practice *pro hac vice* in the Western District of Texas, declare under penalty of perjury that to the best of my knowledge and recollection, the following is true and correct:

1. Attached as Exhibit A is the Blue Ribbon Task Force Report entitled *Transforming Juvenile Justice in Texas: A Framework for Action*. This report was published in September 2007 at the request of the Texas Youth Commission. The task force was chaired by David W. Springer, Ph.D., the Associate Dean for Academic Affairs and University Distinguished Teaching Professor at the University of Texas at Austin School of Social Work.

2. Attached as Exhibit B is a document entitled "Number of Referrals and Admissions to Security Unit at Corsicana, Ron Jackson Unit 1 and Unit 2 (October 12, 2007)." This document was provided to me by the Texas Youth Commission in response to an open records request made in 2007.

I declare under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Executed this 30th day of December, 2008, in New York, NY.

*/s/ Mie Lewis*
Mie Lewis