**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

K.C., on behalf of herself and all others similarly situated, et al.,

Plaintiffs,

v.

Richard Nedelkoff, in his official capacity as Conservator of the Texas Youth Commission, et al.,

Defendants.

Civil No. 1:08-cv-00456-SS

Hon. Sam Sparks

**ORDER**

It is **ORDERED** that **Plaintiffs' Motion for Class Certification** is **GRANTED**; and it is hereby **ORDERED** that

1. The class of "all girls and young women who are now or in the future will be confined in Brownwood State School" is certified, pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure and Local Rule CV-23.
2. Counsel of record for the Plaintiffs as identified in the First Amended Complaint are hereby appointed to represent the certified class, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Austin, Texas, this ____ day of ______________, 2009.

______________________________
HON. SAM SPARKS
District Judge