# Exhibit A

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

March 5, 2009

Deborah Labelle
221 N Main St, Suite 300
Ann Arbor, MI 48104-1412

**Re: K.C. on behalf of herself & all others similarly, v. Richard Nedelkoff, in his official capacity, et al., Civil Action No. 6:09-cv-12**

Dear Ms. Labelle:

Enclosed please find the following documents responsive to the January 9, 2009 teleconference. Specifically they are:

1. TYC Incident Report CCF-225 form Instructions and detailed information as to codes;
2. June 1, 2008 to June 30, 2008 SAS Incident Report for security referrals and admission at Ron Jackson;
3. July 1, 2008 to July 31, 2008 SAS Incident Report for security referrals and admissions at Ron Jackson;
4. August 1, 2008 to August 31, 2008 SAS Incident Report for security referrals and admissions at Ron Jackson;
5. September 1, 2008 to September 30, 2008 SAS Incident Report for security referrals and admissions at Ron Jackson;
6. October 1, 2008 to October 31, 2008 SAS Incident Report for security referrals and admissions at Ron Jackson;
7. November 1, 2008 to November 30, 2008 SAS Incident Report for security referrals and admissions at Ron Jackson.

Sincerely,

Deborah M Woltersdorf
Legal Assistant to:

BRUCE R. GARCIA
Assistant Attorney General
Law Enforcement Defense Division
(512) 463-2080 / (512) 495-9139 Fax

BRG/dmw
Enclosures

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

Exhibit A

2