## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| K.C., on behalf of herself and all others similarly situated, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>Richard Nedelkoff, in his official capacity as Conservator of the Texas Youth Commission, *et al.*,<br><br>        Defendants. | Civil No. 6:09-CV-012-C<br><br>Hon. Sam R. Cummings<br><br>**DECLARATION OF JULIE B. EHRLICH** |

I, JULIE BETH EHRLICH, certify under penalty of perjury that to the best of my knowledge and recollection, the following is true and correct:

1. I am an attorney at the ACLU Women's Rights Project in New York.

2. Attached as Exhibit 1 is an email I received on March 17, 2009 from Bruce Garcia, Defendants' lead counsel.

Executed this 8th day of April, 2009, in New York, New York.

                                                                                         _____<br>
                                                                                          Julie B. Ehrlich