# EXHIBIT 1

**Julie Ehrlich**

| | |
|---|---|
| **From:** | Bruce Garcia [Bruce.Garcia@oag.state.tx.us] |
| **Sent:** | Tuesday, March 17, 2009 3:32 PM |
| **To:** | Julie Ehrlich |
| **Subject:** | Re: Plaintiffs' First Document Request |

Julie,
I am in receipt of your document request.  As I was reviewing the document it occurred to me that we have never been given confirmation of who your clients actually are in this matter.  We have an idea, but I would rather be certain before we start copying individual files.  Could you please send us something letting us know this information.  If you have already produced this information in some previous correspondence, just let me know what letter to refer to and I will pull it from our files.

Thank you in advance.

Bruce

>>> "Julie Ehrlich" <jehrlich@aclu.org> 3/9/2009 4:10 PM >>>
Dear Mr. Garcia:

Attached please find Plaintiffs' First Request for Production of Documents in K.C. v. Nedelkoff, 6:09-cv-12-C.

Sincerely,
Julie B. Ehrlich


Julie B. Ehrlich
Staff Attorney/WRP Fellow
Women's Rights Project | American Civil Liberties Union Foundation
125 Broad Street, 18th Floor, New York, New York 10004 <mailto:EReshefsky@aclu.org>
<mailto:jehrlich@aclu.org> jehrlich@aclu.org | T: 212.519.7816 | F: 212.549.2580 |
www.aclu.org/womensrights <blocked::http://www.aclu.org/womensrights>