IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| K.C., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD NEDELKOFF, in his official capacity as Conservator of the Texas Youth Commission, et al., | ) ) ) |
| | ) Civil Action No. 6:09-CV-012-C |
| Defendants. | ) ECF |

## ORDER

Came on for consideration the Advisory to the Court, filed May 8, 2009. Counsel is advised that the Court does not recognize "vacation notices" and any request for a change to a setting must be made by filing a motion for continuance or to reschedule.

SO ORDERED.

Dated May 8, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT